**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In Re:<br>    John Talmage<br><br>    Susan Talmage<br><br><br>                      Debtors | Case No. <u>11-56041</u><br><br><br>Judge:  <u>CALDWELL</u><br><br>Chapter:   13 |

**NOTICE OF CHANGE OF ADDRESS**

NAME OF PARTY TO BE CHANGED:    Debtor;    Susan Talmage

FORMER ADDRESS:                5815 Canal Bridge Dr.
                               Canal Winchester, OH 43110

NEW ADDRESS:                   2855 Sunset View Court
                               Columbus, OH 43207

DATE: Thursday, May 05, 2016        */s/ Michael A. Cox*
                                    Michael A. Cox (0075218)
                                    Attorney for Debtor
                                    Guerrieri & Cox
                                    2500 North High Street, Ste. 100
                                    Columbus, OH 43202
                                    (614) 267-2871

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the U.S. Trustee on Thursday, May 05, 2016.

                                                                                                        */s/ Michael A. Cox*
                                                                                                        Michael A. Cox (0075218)
                                                                                                        Attorney for Debtor